■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN PETERSON, Appellant. [855 NYS2d 409]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered on or about March 9, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Friedman, Sweeny and Moskowitz, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SANTANA, Appellant. [855 NYS2d 409]—Judgment, Supreme Court, Bronx County (John P. Collins, J.), rendered on or about March 8, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Friedman, Sweeny and Moskowitz, JJ.